

SEP 12 2025

Clerk, U.S. District Court
By: N. Co_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**Daniil Solovev**, Plaintiff,
v.
**Ekaterina Sapogova**, an individual residing in California, United States,
Defendant.

Case No.: *(To be assigned)* 2:25-cv-2537

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff, **Daniil Solovev** ("Plaintiff"), alleges as follows:

1. Plaintiff is an individual residing at Plagoo Holiday Hotel, Bali, Indonesia, 80361.
2. Defendant **Ekaterina Sapogova** is, upon information and belief, an individual residing at **13775 Paseo Severa, San Diego, California 92129, United States**, operating an online jewelry store on **Etsy.com** under the account **Rainea Jewelry**.
3. Jurisdiction is proper in this Court pursuant to **28 U.S.C. § 1331** (federal question) and **28 U.S.C. § 1338(a)**(copyright).
4. Venue is proper under **28 U.S.C. § 1391(b)** because a substantial part of the events giving rise to the claims occurred within this judicial district and Defendant conducts business nationwide through Etsy.
5. Plaintiff is the sole owner of original jewelry designs, which are protectable under **U.S. copyright law**.
6. Plaintiff has offered these designs for sale through online platforms, including **Etsy.com**.
7. Without Plaintiff's permission, Defendant copied, displayed, and sold works **substantially similar** to Plaintiff's copyrighted jewelry designs on **Etsy.com**.
8. Defendant's conduct was **willful and intentional**.
9. Plaintiff has suffered economic harm, including **loss of revenue, loss of goodwill, and damage to reputation**.
10. Plaintiff has no adequate remedy at law and seeks **injunctive and monetary relief**.

## CLAIMS FOR RELIEF

**Count I: Copyright Infringement (17 U.S.C. § 501)**

11. Plaintiff realleges and incorporates by reference the preceding paragraphs.
12. Defendant infringed Plaintiff's exclusive rights under **17 U.S.C. § 106**.
13. Defendant's actions were **knowing, deliberate, and malicious**.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment against Defendant **Ekaterina Sapogova** for copyright infringement and award Plaintiff **actual damages and/or statutory damages** in an amount to be proven at trial, but **not less than $10,000**;

B. Award Plaintiff **costs and reasonable attorney's fees**;

C. Enter a **permanent injunction** enjoining Defendant from further infringement;

D. Grant such other and further relief as the Court deems just and proper.

---

**Respectfully submitted,**

**Daniil Solovev**
Plagoo Holiday Hotel
Bali, Indonesia, 80361
Phone: +62 821 4587 7253
Email: daniil@it-is-dew.com

**Date:** September 08, 2025